EAGAN AVENATTI, LLP
Michael Q. Eagan, Bar No. 63479
mqe@eoalaw.com
Michael J. Avenatti, Bar No. 206929
mavenatti@eoalaw.com
450 Newport Center Drive, Second Floor
Newport Beach, CA 92660
Tel:   (949) 706-7000
Fax:  (949) 706-7050

Attorneys for Defendants

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

| | |
|---|---|
| BRIAN CASSERLY, on behalf of himself and all others similarly situated<br><br>Plaintiff,<br><br>vs.<br><br>POWER BALANCE, LLC; JOSH RODARMEL; TONY RODARMEL; KEITH KATO; SHAQUILLE O'NEAL and LAMAR ODOM,<br><br>Defendants. | Case No.  SACV 11-00670 AJG<br><br>ASSIGNED FOR ALL PURPOSES TO: Hon. Andrew J. Guilford<br><br>**CLASS ACTION**<br><br>**SUPPLEMENTAL DECLARATION OF MICHAEL J. AVENATTI IN SUPPORT OF DEFENDANT POWER BALANCE, LLC'S NOTICE OF MOTION AND MOTION TO STAY THIS ACTION PENDING COURT CONSIDERATION OF THE NATIONWIDE CLASS SETTLEMENT OR, ALTERNATELY, THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION'S RULING ON THE PENDING MOTIONS TO TRANSFER**<br><br>**Hearing Date:**   **March 21, 2011**<br>**Hearing Time:**   **10:00 a.m.**<br><br>Complaint Filed:   January 21, 2011<br>Trial Date:   None set |

**DECLARATION OF MICHAEL J. AVENATTI**

I, Michael J. Avenatti, declare and state as follows:

1.  I am an attorney admitted to practice before all courts of the State of California and am a partner with the firm of Eagan Avenatti, LLP, counsel for Defendants Power Balance LLC, Troy John Rodarmel, Josh Rodarmel, Keith Kato, Shaquille O'Neal, and Lamar Odom in this action.  I have personal knowledge of the facts set forth below and if called as a witness could and would testify competently thereto.

2.  Subsequent to filing this Motion, my office was able to reach counsel for Plaintiff, D. Greg Blankenship via telephone on or about February 17, 2011.  My office attempted to engage in meet and confer efforts with Plaintiff's counsel at that time, including the possibility of agreeing to a stipulation that would allow for this Motion to be taken off calendar.  Counsel for Plaintiff was not interested in engaging in these discussions and expressed his opinion that he saw no reason to agree to matters regarding a motion that had already been filed.

3.  Subsequent to the filing of this Motion and in other similar actions, Power Balance has been able to informally resolve similar issues even though a motion was already pending.  For example, in the action <u>Joon Khang v. Power Balance, LLC</u>, No. SACV 11-00145 CJC (MGLx) (C.D. Cal. 2011), a virtually identical class action, Power Balance filed a motion to stay, but was later able to negotiate and agree to a stipulation with Plaintiff's counsel that allowed Power Balance to withdraw its motion and avoid unnecessary motion practice.  Attached to my declaration as Exhibits A and B are true and correct copies of the joint stipulation and notice of withdrawal.

1  4. Subsequent to the filing of this Motion, two actions have been stayed on
2 the basis of similar motions filed by Power Balance. Attached to my declaration as
3 Exhibits C and D are true and correct copies of court orders in the <u>Bowlin v. Power</u>
4 <u>Balance</u>, No. 11-cv-00351, and <u>Davidson v. Power Balance</u>, No. 11-cv-00288, actions.

6  I declare under penalty of perjury under the laws of the United States of America
7 that the foregoing is true and correct and that this declaration was executed on March 7,
8 2011 at Newport Beach, California.

       /s/ Michael J. Avenatti
Michael J. Avenatti